In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00257-CV
_____

**HARALD HUBLIK, Appellant**

**V.**

**LONGWOOD ESTATES COMMUNITY IMPROVEMENT ASSOCIATION,
Appellee**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 14-06-06587-CV**

**MEMORANDUM OPINION**

Harald Hublik filed a notice of appeal on July 15, 2016, concerning a final

judgment signed on June 14, 2016. We sent the appellant a fee bill and notified

him that he needed to explain why the notice of appeal was filed late. *See* Tex. R.

App. P. 26.3. The appellant neither established indigence nor paid the filing fee for

the appeal. *See* Tex. R. App. P. 5, 20.1. Additionally, Hublik did not make

arrangements to pay the trial court clerk's fee for preparing the record. *See* Tex. R.

1

App. P. 37.3(b). On August 12, 2016, we provided an additional ten days to pay the filing fee or file a motion for extension of time and an affidavit of indigence. *See* Tex. R. App. P. 20.1(c). The appellant did not file a response within the specified time. *See* Tex. R. App. P. 42.3(c).

Despite having been given written notice and an opportunity to cure, Hublik neither paid the filing fee nor established that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 31, 2016
Opinion Delivered September 1, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.